**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adolfo HERNANDEZ–CRUZ, Defendant–Appellant.**

No. 02–50602.

D.C. No. CR–02–01920–WFN.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 19, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Adolfo Hernandez–Cruz appeals his 27–month sentence imposed following his guilty plea conviction for transportation of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for clear error the district court's factual finding that the defendant was not a minimal or minor participant for purposes of U.S.S.G. § 3B1.2. *United States v. Pena–Gutierrez,* 222 F.3d 1080, 1091 (9th Cir. 2000). We affirm.

The district court did not err by denying Hernandez–Cruz a downward adjustment under section 3B1.2 because Hernandez–Cruz did not demonstrate that he was substantially less culpable than other participants in the crime. *See id.* at 1091–92; *see also United States v. Hernandez–Franco,* 189 F.3d 1151, 1160 (9th Cir.1999).

The record does not support Hernandez–Cruz's contention that the district court failed to analyze Hernandez–Cruz's role in relation to all participants.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

